# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Alvin Perez-Chacon, | Case No. 2:26-cv-01303-CDS-BNW |
| Petitioner | **Order Granting Petitioner's Motion to Dismiss** |
| v. | |
| Todd Lyons, et al., | [ECF No. 6] |
| Respondents | |

Petitioner Alvin Perez-Chacon filed a pro se petition for writ of habeas corpus under 28 U.S.C. § 2241, while detained in U.S. Immigration Customs and Enforcement (ICE) custody at the Nevada Southern Detention Center. Pet., ECF No. 4. Although there is limited information contained in the petition, Perez-Chacon indicates that he is being held on an immigration charge. *Id.* At screening, I deferred ruling on the petition and sua sponte appointed counsel. Order, ECF No. 3. The Federal Public Defender for the District of Nevada appeared and filed a motion to dismiss, arguing that the instant petition is essentially the same habeas challenge made in *Alvin Enrique Perez Chacon v. Chief Counsel for the District of Nevada, et al.*, 2:26-cv-01061-RFB-EJY, filed on April 6, 2026. Mot., ECF No. 6. In short, this later-filed petition is duplicative because both challenges arise out of the same immigration detention. *Id.* Accordingly, it is ordered that the petitioner's motion to dismiss **[ECF No. 6] is GRANTED**.

This case is dismissed without prejudice as duplicative. The Clerk of Court is kindly directed to close this case.

Dated: June 2, 2026

_____
Cristina D. Silva
United States District Judge